UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LANTZ DAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-1477-TSE-MSN |
| | ) |
| CITY OF FREDERICKSBURG, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF PARTIAL DISMISSAL

COMES NOW Plaintiff Lantz Day, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby voluntarily dismisses with prejudice the following from his Complaint:

1. Any and all claims against the City of Fredericksburg for punitive damages; and

2. Any claim against Joseph Young *in his official capacity*; and

3. Any claim indicating that Plaintiff seeks a 14th Amendment standard on Count 1; and furthermore

4. Plaintiff voluntarily dismisses Count I with respect to all Defendants *except* Joseph Young.

It is further stipulated that each party shall bear their own attorneys' fees and costs as to these dismissed claims. This action shall continue to proceed as to all Counts with the exception of those matters explicitly dismissed above.

ENTERED this __ day of _____ 2016      _____
                                                T.S. Ellis, III
                                                United States District Judge

We ask for this:

    /s/
Joshua Erlich (VA Bar No. 81298)
**The Erlich Law Office, PLLC**
2111 Wilson Blvd
Ste 700
Arlington, VA  22201
Tel: (703) 791-9087
Fax:(703) 351-9292
Email: jerlich@erlichlawoffice.com

*Counsel for Lantz Day*

    /s/
Julia B. Judkins
VSB No. 22597
**BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.**
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jjudkins@bmhjlaw.com

*Counsel for Defendant Officer Joseph Young*

    /s/
Jennifer Lee Parrish
VSB No. 31996
**Parrish Snead Franklin Simpson, PLC**
The Law Building, 2nd Floor
910 Princess Anne Street
Fredericksburg, Virginia 22401
(540) 373-3500 (telephone)
(540) 899-6394 (facsimile)

*Counsel for Defendants City of Fredericksburg, Virginia, Chief James Powers, and John Does 1-5*

2